C. A. No. 73-331. STATE *v.* EDWIN P. JOSEPH, JR. Motion for attorney's fee and costs, pursuant to G. L. 1956 (1969 Reenactment) §9-24-32, is granted. John P. Toscano, Jr., is awarded the sum of $750. *Julius C. Michaelson,* Attorney General, *William G. Brody,* Special Asst. Attorney General, for plaintiff. *John P. Toscano, Jr.,* for defendant.

APPEAL No. 74-143. CHESTER W. GREENHALGH *v.* EDWARD MORETTI *et al.* Motion of defendants-appellants to vacate the order of court dismissing their appeal is denied. Motion of plaintiff-appellee is denied as being moot. *Howard I. Lipsey,* for plaintiff-appellee. *John G. Carroll, John H. McHugh,* for defendants-appellants.

APPEAL No. 74-219. SAINTS SAHAG & MESROB ARMENIAN CHURCH *v.* STATE. Motion of plaintiff to extend the time for filing its brief to June 14, 1975 is granted. *John K. Najarian,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Stephen F. Mullen,* Office of Special Counsel, for defendant.

APPEAL No. 74-237. DAVID YOUNG *v.* JOSHUA PARK *et al.* Motions of the defendants William J. H. Fisher and John C. Osenkowski for extension of time in which to file their briefs is denied as being moot. Roberts, C. J. not participating. *Ernest Barone,* for plaintiff. *Taft & McSally, Richard R. DelSesto,* for defendant William J. H. Fisher; *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.,* for defendant John C. Osenkowski.